```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 19348
   SHATOSHA R ANDERSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3426


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/28/2008 and was not confirmed.

     The case was dismissed without confirmation 10/20/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------

CAPITAL ONE                 UNSECURED           269.91        .00            .00
RMI/MCSI                    UNSECURED           100.00        .00            .00
CITY OF COUNTRY CLUB HIL    NOTICE ONLY     NOT FILED         .00            .00
DISCOVER FINANCIAL SERVI    UNSECURED          2653.35        .00            .00
HSBC/BEST BUY               UNSECURED       NOT FILED         .00            .00
MACYS RETAIL HOLDINGS       UNSECURED           822.15        .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED           552.06        .00            .00
TNB TARGET                  UNSECURED       NOT FILED         .00            .00
ECAST SETTLEMENT            UNSECURED          2317.62        .00            .00
WFNNB/HARLEM FURNITURE      UNSECURED       NOT FILED         .00            .00
WELLS FARGO BANK NA         CURRENT MORTG       .00           .00            .00
WELLS FARGO BANK NA         SECURED NOT I       .00           .00            .00
AMERICAN HONDA FINANCE C    SECURED VEHIC       .00           .00            .00
MARIGOLD PLACE CONDO ASS    SECURED          2138.00          .00            .00
INTERNAL REVENUE SERVICE    PRIORITY         3750.78          .00            .00
WELLS FARGO BANK            MORTGAGE NOTI  NOT FILED          .00            .00
INTERNAL REVENUE SERVICE    UNSECURED           28.98         .00            .00
HELLER & RICHMOND~          DEBTOR ATTY         .00                          .00
TOM VAUGHN                  TRUSTEE                                          .00
DEBTOR REFUND               REFUND                                           .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       -------------         -------------
TOTALS                      .00                   .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 19348 SHATOSHA R ANDERSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE